**THE CHAMBERLAIN GROUP, INC., Plaintiff–Appellee,**

v.

**MVP AMERICA, INC. and MVP (H.K.) Industries, Ltd., Defendants– Appellants.**

**No. 01–1057.**

United States Court of Appeals, Federal Circuit.

Feb. 21, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS- MISSED under Fed. R.App. P. 42(b).

**Gregory J. COOK, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 00–7108.**

United States Court of Appeals, Federal Circuit.

Feb. 21, 2001.

Before LOURIE, CLEVENGER, and LINN, Circuit Judges.

ON MOTION

*ORDER*

Gregory J. Cook moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Costs to be paid to the government by counsel for Cook.